UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TIFFANY WASHINGTON, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION NO. 4:22-CV-514-ALM |
| RAYTHEON TECHNOLOGIES CORPORATION | § § § § | |
| *Defendant.* | § § § | |

### JOINT NOTICE OF SETTLEMENT

Plaintiff Tiffany Washington and Defendant Raytheon Technologies Corporation hereby notify the court that the parties have reached an agreement to resolve all claims asserted in the lawsuit. The parties will submit a stipulation of dismissal with prejudice and/or an agreed Order of dismissal within 30 days. The parties respectfully request that the case be removed from the January 2, 2024 trial docket.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

/s/ *Bruce Griggs*
Bruce A. Griggs
Texas Bar No. 08487700
bruce.griggs@ogletree.com
301 Congress Ave., Suite 1150 Austin, TX 78701
Telephone: (512) 344-4700
Fax: (512) 344-4701

*Attorneys for Defendant*
*Raytheon Technologies Corporation*

/s/ Michael C. Fallings
Michael C. Fallings
Texas Bar No. 24117338
Tully Rinckey, PLLC
3420 Executive Center Drive Suite 160 Austin, Texas 78731
(512) 225-2800
Sean Timmons
Texas No.24067908
Tully Rinckey, PLLC
18722 University Blvd, Suite 235
Sugar Land, TX 77479
stimmons@tullylegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of December 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to counsel of record:

Sean C. Timmons, Esq.
Tully Rinckey, PLLC
3724 Executive Center Drive, Suite 205
Austin, Texas 78731
stimmons@tullylegal.com

/s/ *Bruce Griggs*
Bruce A. Griggs